IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of:<br><br>QUALCOMM INCORPORATED,<br><br>Applicant.<br><br>Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | Case No. 24-mc-80019<br><br>***[PROPOSED]* ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

This matter comes before the Court in the *Ex Parte* Application of Qualcomm Incorporated ("Qualcomm") for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding (the "Application"), which seeks documents from Apple Inc. and Samsung Semiconductor, Inc. and/or Samsung Electronics America, Inc. (collectively, "Respondents") in connection with ongoing legal proceedings in the United Kingdom.

The Court, having fully considered the papers filed and submitted herewith, finding that Qualcomm's Application meets the statutory criteria for an order authorizing service of its subpoena for documents from the Respondents in aid of civil litigation currently pending before the Competition Appeal Tribunal in the United Kingdom. Upon due consideration of the Application and accompanying declaration, it is hereby ordered that:

1. The Application is **GRANTED**; and,

2. Qualcomm is authorized to take discovery from Apple Inc., Samsung Semiconductor, Inc. and/or Samsung Electronics America, Inc. by issuing subpoenas in the forms attached to the Application.

**IT IS SO ORDERED**.

- 1 -

*[PROPOSED]* ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

DOCUMENT PREPARED ON RECYCLED PAPER

- 2 -

1  Dated: _____

3                                                              United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER

- 2 -

*[PROPOSED]* ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782
GRANTING LEAVE TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING