1  **NORTON ROSE FULBRIGHT US LLP**
   Katherine G. Connolly (SBN 313640)
2  katie.connolly@nortonrosefulbright.com
   555 California Street, Suite 3300
3  San Francisco, CA 94104
   Telephone: (628) 231-6800
4  Facsimile: (628) 231-6799

5  **NORTON ROSE FULBRIGHT US LLP**
   Richard S. Zembek  (*Pro Hac Vice* Forthcoming)
6  richard.zembek@nortonrosefulbright.com
   1301 McKinney Street, Suite 5100
7  Houston, TX 77010
   Telephone: (713) 651-5151
8  Facsimile: (713) 651-5246

9  **NORTON ROSE FULBRIGHT US LLP**
   Felice Galant (*Pro Hac Vice* Forthcoming)
10 felice.galant@nortonrosefulbright.com
   1301 Avenue of the Americas
11 New York, NY 10019
   Telephone: (212) 318-3000
12 Facsimile: (212) 318-3400

13
14 Attorneys for *Applicant* QUALCOMM INCORPORATED

15

16               IN THE UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of: | Case No.  24-mc-80019 |
| QUALCOMM INCORPORATED,<br><br>Applicant. | **APPLICANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1(a) AND CIVIL L.R. 3-15** |
| Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | |

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -

**APPLICANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1(A) AND CIVIL L.R. 3-15**

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1(a)

Applicant Qualcomm Incorporated ("Qualcomm" or "Applicant") and the undersigned counsel of record hereby disclose that Applicant is a nongovernment party to the above-captioned action. Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Qualcomm declares that it has no parent corporation or any publicly held corporation owning 10% or more of its stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 26, 2024

**NORTON ROSE FULBRIGHT US LLP**

By   */s/ Katherine G. Connolly*
Katherine G. Connolly (SBN 313640)
NORTON ROSE FULBRIGHT US LLP
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799

DOCUMENT PREPARED ON RECYCLED PAPER