**NORTON ROSE FULBRIGHT US LLP**
Katherine G. Connolly (SBN 313640)
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799

**NORTON ROSE FULBRIGHT US LLP**
Richard S. Zembek (*Pro Hac Vice* Forthcoming)
richard.zembek@nortonrosefulbright.com
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

**NORTON ROSE FULBRIGHT US LLP**
Felice Galant (*Pro Hac Vice* Forthcoming)
felice.galant@nortonrosefulbright.com
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for *Applicant* QUALCOMM INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of:<br><br>QUALCOMM INCORPORATED,<br><br>Applicant.<br><br>Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | Case No. 24-mc-80019<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

DOCUMENT PREPARED ON RECYCLED PAPER

1  Pursuant to Civil Local Rules 3-12(b) and 7-11, Applicant Qualcomm
2  Incorporated ("Qualcomm") files this administrative motion to ask the Court to
3  consider whether the above-captioned action should be related to the earlier-filed *In*
4  *re Ex Parte Application of Consumers' Association,* No. 23-mc-80322-EJD (filed
5  December 7, 2023), before the Honorable Edward J. Davila (collectively, the
6  "Actions").[1]

7  The Actions appear to be related under Civil Local Rule 3-12(a), which
8  provides that actions are related to another when: "(1) The actions concern
9  substantially the same parties, property, transaction, or event; and (2) It appears likely
10 that there will be an unduly burdensome duplication of labor and expense or
11 conflicting results if the cases are conducted before different Judges."

12 First, the Actions "concern substantially the same parties." The intended
13 subpoena recipients are the same in both cases: Apple Inc., Samsung Semiconductor,
14 Inc. and/or Samsung Electronics America, Inc. Connolly Decl. ¶ 4. While the
15 applicants, Qualcomm and Consumers' Association (in the earlier-filed case), are
16 different between the two cases, both are parties to the same ongoing legal proceeding
17 in the United Kingdom (the "U.K. Class Action") that forms the basis of the requested
18 discovery. Connolly Decl. ¶ 5.

19 Second, the Actions concern "the same transaction or event." In both cases,
20 the applicants request an order granting leave to take discovery for use in the U.K.
21 Class Action. As such, substantially the same legal arguments regarding the statutory
22 requirements and discretionary *Intel* factors under 28 U.S.C. § 1782 are being made
23 in both Actions. Connolly Decl. ¶ 6.

24 Third, for the reasons set forth above, there will be an unduly burdensome
25 duplication of labor and expense, judicial resources, and potentially inconsistent

---

[1] A copy of the December 7, 2023 *Ex Parte* Application and Memorandum of Points of Authorities in support of the *Ex Parte* Application filed in 23-mc-80322 are attached as Exhibits 1 and 2 to the Declaration of Katherine G. Connolly ("Connolly Decl.") filed in support of this Administrative Motion To Consider Whether Cases Should Be Related Under Civil Local Rules 3-12 And 7-11.

DOCUMENT PREPARED ON RECYCLED PAPER

results, if the two Actions were to be conducted before different judges. Accordingly, relating the Actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).

Counsel for the Applicant Consumers' Association in *In re Ex Parte Application of Consumers' Association* has stated that it opposes the relief "at this stage but acknowledges that this may be sensible in due course". Connolly Decl. ¶ 7.

For these reasons, Qualcomm respectfully requests that this Court enter an order relating *In re Ex Parte Application of Qualcomm Incorporated,* Case No. 24-mc-80019 (filed January 26, 2024) with *In re Ex Parte Application of Consumers' Association,* Case No. 23-mc-80322-EJD (filed December 7, 2023).

Dated: January 29, 2024

**NORTON ROSE FULBRIGHT US LLP**

By  */s/ Katherine G. Connolly*
Katherine G. Connolly (SBN 313640)
NORTON ROSE FULBRIGHT US LLP
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11

DOCUMENT PREPARED
ON RECYCLED PAPER