UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF: <br> QUALCOMM INCORPORATED, <br> Applicant. | Case No. 24-mc-80019-SVK <br><br> **ORDER OF RECUSAL** |

    This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: January 30, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge