1  **NORTON ROSE FULBRIGHT US LLP**
    Katherine G. Connolly (SBN 313640)
2   katie.connolly@nortonrosefulbright.com
    555 California Street, Suite 3300
3   San Francisco, CA 94104
    Telephone: (628) 231-6800
4   Facsimile: (628) 231-6799

5  **NORTON ROSE FULBRIGHT US LLP**
    Richard S. Zembek (*Pro Hac Vice* Forthcoming)
6   richard.zembek@nortonrosefulbright.com
    1301 McKinney Street, Suite 5100
7   Houston, TX 77010
    Telephone: (713) 651-5151
8   Facsimile: (713) 651-5246

9  **NORTON ROSE FULBRIGHT US LLP**
    Felice Galant (*Pro Hac Vice* Pending)
10  felice.galant@nortonrosefulbright.com
    1301 Avenue of the Americas
11  New York, NY 10019
    Telephone: (212) 318-3000
12  Facsimile: (212) 318-3400

13
    Attorneys for *Applicant* QUALCOMM
14  INCORPORATED

15

16              IN THE UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

| 19 | In re *Ex Parte* Application of: | Case No. 24-mc-80019 |
|---|---|---|
| 20 | QUALCOMM INCORPORATED, | **NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 21 | Applicant. | |
| 22 | | |
| 23 | | |
| 24 | Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | |
| 25 | | |
| 26 | | |

27

28

PLEASE TAKE NOTICE that Applicant Qualcomm Incorporated ("Qualcomm") hereby withdraws its Administrative Motion to Consider Whether Cases Should be Related under Civil Local Rules 3-12(b) and 7-11 filed January 29, 2024 (ECF No. 4). Qualcomm has filed this motion in the earlier-filed *In re Ex Parte Application of Consumers' Association*, Case No. 23-mc-80322-EJD.

Dated: January 30, 2024

**NORTON ROSE FULBRIGHT US LLP**

By  */s/ Katherine G. Connolly*
Katherine G. Connolly (SBN 313640)
NORTON ROSE FULBRIGHT US LLP
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799