| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | LEO D. CASERIA, Cal Bar No. 240323 |
| 3 | lcaseria@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 4 | Los Angeles, California  90071-1422 |
| | Telephone:     213.620.1780 |
| 5 | Facsimile:      213.620.1398 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MONA SOLOUKI, Cal Bar No. 215145
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415.434.9100
Facsimile:      415.434.3947

Attorneys for Non-Parties
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS AMERICA, INC.

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of:<br><br>CONSUMERS' ASSOCIATION,<br><br>Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 5:23-mc-80322-EJD<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR SAMSUNG SEMICONDUCTOR, INC. AND SAMSUNG ELECTRONICS AMERICA, INC. TO FILE MOTION TO QUASH WHICH?'S AND QUALCOMM'S SUBPOENAS** |
| In re *Ex Parte* Application of:<br><br>QUALCOMM INCORPORATED,<br><br>Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | Case No. 5:24-mc-80019-EJD<br><br>Judge:  Edward J. Davila |

SMRH:4855-7730-3461

Case No. 5:23-mc-80322-EJD
Case No. 5:24-mc-80019-EJD
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SSI AND SEA TO FILE MOTION TO QUASH WHICH?'S AND QUALCOMM'S SUBPOENAS

1   Whereas on December 7, 2023, Consumers' Association ("Which?") filed an *ex parte* application in this miscellaneous action pursuant to 28 U.S.C. § 1782 for permission to seek discovery from Samsung Semiconductor, Inc. ("SSI"), Samsung Electronics America, Inc. ("SEA"), and Apple, Inc. for use in a foreign proceeding against Qualcomm Incorporated in the United Kingdom ("U.K. Class Action") pending before the United Kingdom Competition Appeal Tribunal.

Whereas on January 23, 2024, the Court granted Which?'s *ex parte* application "WITHOUT PREJUDICE to any argument that may be raised in a motion to quash or modify the subpoena from Apple and the Samsung Entities," and further ordered that "Apple and the Samsung Entities may file—no later than 30 days after service or notice—a motion to quash or modify the subpoenas before this Court[.]" (ECF 21 at 7.)

Whereas on January 29, 2024, SSI received a copy of Which?'s subpoena, and SEA was served with Which?'s Subpoena on February 2, 2024.

Whereas, SSI and SEA timely served written objections to Which?'s Subpoenas pursuant to F. R. Civ. P. 45.

Whereas on January 26, 2024, Qualcomm Incorporated filed a separate *ex parte* application pursuant to 28 U.S.C. § 1782 to seek discovery from SSI and SEA, and Apple for use in the U.K. Class Action. *In re Ex Parte Application of: Qualcomm Incorporated*, 5:24-mc-80019-NC (N.D. Cal.)

Whereas on February 7, 2024, the Court ordered to relate Qualcomm's separate action to Which?'s present action. (ECF 24.)

Whereas on February 9, 2024, the Court also granted Qualcomm's separate *ex parte* application "WITHOUT PREJUDICE to any argument that may be raised in a motion to quash or modify the subpoena from Apple and the Samsung Entities" and also ordered that "Apple and the Samsung Entities may file—no later than 30 days after service or notice—a motion to quash or modify the subpoenas before this Court." *In re Ex Parte Application of: Qualcomm Inc.*, 5:24-mc-80019-EJD, ECF 14 at 6.

SMRH:4855-7730-3461

-1-

Case No. 5:23-mc-80322-EJD
Case No. 5:24-mc-80019-EJD

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SSI AND SEA TO FILE MOTION TO QUASH WHICH?'S AND QUALCOMM'S SUBPOENAS

1  Whereas Qualcomm has not yet served subpoenas on SSI or SEA, but has asked outside
2  counsel for SSI and SEA in this matter whether they will accept service of its subpoenas.
3  Whereas SSI and SEA are willing to accept service through outside counsel if Qualcomm
4  agrees to extend the motion to quash deadline until April 3, 2024.
5  Whereas the parties need additional time to meet and confer in order to explore whether a
6  compromise can be reached that would obviate the need for a motion to quash.
7  NOW THEREFORE, the parties ask the Court to extend the deadline for SSI's and SEA's
8  motions to quash Which?'s and Qualcomm's subpoenas until April 3, 2024.  The timing and
9  procedures set forth in Federal Rule of Civil Procedure 45 shall otherwise apply.

Dated:  February 16, 2024

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      */s/ Leo D. Caseria*
        LEO D. CASERIA
        MONA SOLOUKI

        Attorneys for Non-Parties
        SAMSUNG SEMICONDUCTOR, INC. and
        SAMSUNG ELECTRONICS AMERICA, INC.

By:  /s/ Samuel Maida
SAMUEL MAIDA

HAUSFELD LLP
Samuel Maida (Cal. Bar No. 333835)
600 Montgomery Street, Suite 3200
San Francisco, CA  94111
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980
E-mail:  smaida@hausfeld.com

Reena A. Gambhir (admitted *pro hac vice*)
Brittany L. Nyovanie (admitted *pro hac vice*)
888 16th Street NW, Suite 300
Washington, DC  20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201
E-mail:  rgambhir@hausfeld.com
E-mail:  bnieves@hausfeld.com

Attorneys for Petitioner
CONSUMERS' ASSOCIATION

By:     */s/ Katherine G. Connolly*
KATHERINE G. CONNOLLY

NORTON ROSE FULBRIGHT US LLP
Katherine G. Connolly (SBN 313640)
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799
E-mail: katie.connolly@nortonrosefulbright.com

Richard S. Zembek (admitted *pro hac vice*)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
E-mail: richard.zembek@nortonrosefulbright.com

Felice Galant (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-mail: felice.galant@nortonrosefulbright.com

Attorneys for Applicant
QUALCOMM INCORPORATED

**ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I hereby attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Leo D. Caseria*
LEO D. CASERIA

SMRH:4855-7730-3461

-4-

Case No. 5:23-mc-80322-EJD
Case No. 5:24-mc-80019-EJD
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SSI AND SEA TO FILE MOTION TO QUASH WHICH?'S AND QUALCOMM'S SUBPOENAS

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED that:**

The deadline for Samsung Semiconductor, Inc. and Samsung Electronics America, Inc. to file a motion to quash the subpoenas served on them by Consumers' Association and Qualcomm Incorporated shall be extended to April 3, 2024.  The timing and procedures set forth in Federal Rule of Civil Procedure 45 shall otherwise apply.

Date: _____

                HONORABLE EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE

SMRH:4855-7730-3461

-5-

Case No. 5:23-mc-80322-EJD
Case No. 5:24-mc-80019-EJD

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SSI AND SEA TO FILE MOTION TO QUASH WHICH?'S AND QUALCOMM'S SUBPOENAS