**NORTON ROSE FULBRIGHT US LLP**
Katherine G. Connolly (SBN 313640)
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799

**NORTON ROSE FULBRIGHT US LLP**
Richard S. Zembek (*Pro Hac Vice*)
richard.zembek@nortonrosefulbright.com
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

**NORTON ROSE FULBRIGHT US LLP**
Felice Galant (*Pro Hac Vice*)
felice.galant@nortonrosefulbright.com
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for *Applicant* QUALCOMM
INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of: | Case No.  24-mc-80019-EJD |
| QUALCOMM INCORPORATED, | **PROOFS OF SERVICE** |
| Applicant. | |
| Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | |

- 1 -

Document Prepared on Recycled Paper

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Katherine G. Connolly<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California , 90017<br>  *Telephone No:*  213-892-9200<br><br>  *Attorney For:* | *For Court Use Only* |

| *Attorney For:* | *Ref. No. or File No.:*<br>24-MC-80019-EJD |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:*  In re Ex Parte Application of Qualcomm Incorporated
*Defendant:*

| **PROOF OF SERVICE** | *Hearing Date:*<br>Monday, March 18, 2024 | *Time:*<br>4:00pm | *Dept/Div:* | *Case Number:*<br>24-mc-80019-EJD |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Order Granting Ex Parte Application For Order Permitting Discovery For Use In A Foreign Proceeding

3.  *a.*  *Party served:*      Apple Inc.
    *b.*  *Person served:*    Deanna Ruiz, CT Corporation System, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    330 North Brand Boulevard, Suite 700, Glendale, CA 91203

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 15 2024 (2) at: 12:42 PM

6.  *Person Who Served Papers:*
    a. Donald Wyman (787, Kern County)                          **d.** *The Fee* for Service was:
    **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 02/16/2024 | |
|---|---|
| *(Date)* | *(Signature)* |



**PROOF OF SERVICE**

*10438706*
*(5618252)*

**NORTON ROSE FULBRIGHT US LLP**
Katherine G. Connolly (SBN 313640)
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799

**NORTON ROSE FULBRIGHT US LLP**
Richard S. Zembek (*Pro Hac Vice*)
richard.zembek@nortonrosefulbright.com
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

**NORTON ROSE FULBRIGHT US LLP**
Felice Galant (*Pro Hac Vice*)
felice.galant@nortonrosefulbright.com
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for *Applicant* QUALCOMM
INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of: | Case No.  24-mc-80019-EJD |
| QUALCOMM INCORPORATED, | **DECLARATION OF KATHERINE G. CONNOLLY** |
| Applicant. | |
| Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Conduct Discovery for Use in a Foreign Proceeding | |

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

I, Katherine G. Connolly, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a senior associate with Norton Rose Fulbright US LLP, and an attorney of record for Applicant Qualcomm Incorporated ("Qualcomm"). I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2.      On February 16, 2024, Leo Caseria, Partner at Sheppard Mullin, agreed to accept service on behalf of Samsung Semiconductor, Inc. and Samsung Electronics America, Inc. The Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Order Granting Ex Parte Application For Order Permitting Discovery For Use In A Foreign Proceeding were thereafter served by email to Mr. Caseria, effective the same day.


Dated: February 19, 2024

_____

Katherine G. Connolly